```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
CAROL KWEERA BAINGANA,

               Plaintiff,

    - against -

SUSAN RAUFER, in her Official Capacity as Director of New York Asylum Office, U.S. Citizenship and Immigration Services,

               Defendant.

21-cv-10193 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    This case having been dismissed, the Clerk is directed to close this case.

SO ORDERED.
Dated:    New York, New York
           March 18, 2022

                                      _____
                                          John G. Koeltl
                                   United States District Judge